10-16-20

Monroe County Jail
James O Young 268697
130 S. Plymouth Ave
Rochester, NY 14614

2120 U.S. Courthouse
% Chief Clerk Lowenguth
100 State Street
Rochester, NY 14614

*FILED OCT 19 2020 — Mary C. Loewenguth, Clerk, United States District Court, Western District of NY*

Dear Chief Clerk,

I am writing a follow up correspondance dated 9-10-20 in which I requested an update on the "Civil" matters in your court:

① CV-6640 - Leave for "informa pauperis" was received by you 9-25-20, update please??

② CV-6643 - Reopened with "leave informa pauperis" to your request 9-22-20, update please??

③ CV-6584 - Reopened with "informa pauperis" letter dated 9-10-20, update please??

I appreciate your time, and a speedy response.

Sincerely

James O Young
268697 ID