

11-23-2020
2120 US Court house
4o honorable Wolford
100 STATE STREET
ROCHESTER NY 14614

Dear Honorable Judge Wolford.

I am writing to you today to see if you can help me get a handle on my lawsuits.

20-CV-6584 - "Child VICTIMS ACT" opened 9-25-2020
20-CV-6643 - "Child Victims Act" opened 9-25-2020
20-CV-6640 - "JAIL lawsuit" - opened 9-27-2020
20-CV-6931 - "DHS LAWSUIT" - opened 11-5-2020.

#1 On 9/14/20 CV-6643 has motion to leave in forma pauperis.
Next step ??

#2 on 9/25/20 CV-6640 has motion to leave in forma pauperis.
Next step ??

#3 on 9/25/2020 CV-6584 has motion to leave in forma pauperis.
Next Step ??

I have sent letter to "pro se" head Clerk, to date no response from week ago. I understand you are very busy so any help is greatly appreciated.

I look forward for response.

MCJ
Young 268697
130 S. PLYMOUTH AVE
Rochester, NY 14614

WITH REgard,

JAMES O Young